446 A.2d 686

Commonwealth v. Bacon, Jr., Appellant.

Submitted September 2, 1981. Joseph Budicak, for appellant; Edward Tocci, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and BECK, JJ.

Order affirmed.